UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61860-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

SR INVESTMENT PARTNERS, LLC,
and PRAMIT PETROLEUM CORPORATION,
d/b/a SAMPLE BP,

    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, SAMPLE BP LLC, named in the Complaint as Pramit Petroleum Corporation d/b/a Sample BP, ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the complete resolution of this matter against all Defendants, including a dismissal with prejudice of the action against all parties, and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:     10/7/2021

| | |
|---|---|
| BY:  */s/ Jason S. Weiss*<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>*Attorneys for Plaintiff Howard Cohan* | BY:  */s/ Christian A. Petersen, Esq.*<br>Christian A. Petersen, Esq.<br>Cpetersen@olivejudd.com<br>Florida Bar No. 154105<br>**OLIVE JUDD, P.A.**<br>2426 East Las Olas Boulevard<br>Fort Lauderdale, FL 33301<br>Tel: (954) 334-2250<br>Fax: (954) 334-2259<br><br>*Attorneys for Defendant Sample BP LLC, named in the Complaint as Pramit Petroleum Corporation, d/b/a Sample BP* |