UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-61860-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

SR INVESTMENT PARTNERS, LLC,
and PRAMIT PETROLEUM CORPORATION,
d/b/a SAMPLE BP,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendants, SR INVESTMENT PARTNERS, LLC and PRAMIT PETROLEUM CORPORATION, d/b/a SAMPLE BP ("Defendants"), have not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                                          BY:   /s/ *Jason S. Weiss*
                                                                                 Jason S. Weiss
                                                                                 Jason@jswlawyer.com
                                                                                 Florida Bar No. 356890
                                                                                 **WEISS LAW GROUP, P.A.**
                                                                                 5531 N. University Drive, Suite 103
                                                                                 Coral Springs, FL 33067
                                                                                  Tel: (954) 573-2800
                                                                                 Fax: (954) 573-2798
                                                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss