UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61860-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

SR INVESTMENT PARTNERS, LLC,
Pramit Petroleum Corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed October 21, 2021. [DE 15] (the "Notice"). The Court having considered the Notice and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 15] is **APPROVED**;

2. Pursuant to Rule 41(a)(1)(A), the above-styled action is hereby **DISMISSED WITH PREJUDICE**;

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of Record

2